27 F.3d 558
 Morris (Kelvin X.)
v.
City of Philadelphia County, Guiffre (Mrs., Dr.), Guriffer
Medical Center, Personnel's (John Does), Mattie (F., Dr.),
Adm. Staff, Murphy, Maj., Foxworth, Capt., Webb, C/O,
Lester, C/O, McKnight, C/O, Murphy, Nurse, James, Nurse,
Murphy, Nurse, Williams, Dr., Grooms, Warden
 NO. 93-2123
 United States Court of Appeals,
Third Circuit.
 May 20, 1994
 
 Appeal From: E.D.Pa.,
 McGlynn, J.
 
 
 1
 AFFIRMED.